**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7559**

---

KEVIN M. BALLANCE,

Plaintiff - Appellant,

versus

R. W. ROWLETTE, Corrections Major and Chief of
Security, ROSP,

Defendant - Appellee,

and

COMMONWEALTH OF VIRGINIA; G. DEEDS, Warden,
Red Onion State Prison; EDWARD W. MURRAY;
LARRY TAYLOR; REGIONAL DIRECTOR YOUNG,

Defendants.

---

**No. 00-7616**

---

KEVIN M. BALLANCE,

Plaintiff - Appellant,

versus

S. K. YOUNG, Warden; J. FORTNER, Officer,

Defendants - Appellees.

Appeals from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, District Judge. (CA-99-572-7, CA-99-746-7)

Submitted:  March 27, 2001          Decided:  April 26, 2001

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kevin M. Ballance, Appellant Pro Se.  Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated cases, Kevin M. Ballance appeals the district court's orders granting summary judgment in favor of the Appellees and denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaints. We have reviewed the records and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Ballance v. Rowlette</u>, No. CA-99-572-7 (W.D. Va. Sep. 27, 2000), and <u>Ballance v. Young</u>, No. CA-99-746-7 (W.D. Va. Oct. 12, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3